UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY STRINGFIELD, Administratrix of the Estate of JAVON STRINGFIELD, Plaintiff<br><br>vs.<br><br>PENDER COUNTY, and CARSON SMITH, former sheriff, in his individual and official capacities,<br><br>Defendants. | **AMENDED**<br>**JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:20-CV-145-M** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in the court's order dated 2/17/2021, the court DISMISSES Plaintiff's claims against the Does. *See* Fed. R. Civ. P. 4(m).

**IT IS ORDERED, ADJUDGED, AND DECREED** that in the court's order dated 7/21/2021, the court concludes that Plaintiff's claims against the Department must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6). *Parker, supra.*

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** the court ORDERS this case dismissed without prejudice and Defendants' Motion for Summary Judgment [DE 34] is DENIED AS MOOT.

This Judgment filed and entered on September 30, 2022, and copies to:
 Johnny Stringfield (via U.S. Mail)
 Brian F. Castro (via CM/ECF electronic notification)
 Christopher J. Geis (via CM/ECF electronic notification)

September 30, 2022

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan Edwards
Deputy Clerk